AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed: 7/31/12 @ 4:15pm | Copy of warrant and inventory left with: CASE FILE |
| Inventory made in the presence of: INSPECTOR Tosha Dennis | | |
| Inventory of the property taken and name of any person(s) seized: Two Thousand, Five Hundred Dollars ($2,500) in US Currency | | |

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 7/31/12

*Executing officer's signature*

Michael Rogers   US Postal Inspector
*Printed name and title*

AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>Express Mail parcel EI 168403102 US, 12 1/2 inches in width, 9 1/2 inches in length and 1/2 inches in depth, weighing approximately, 9 oz. | )<br>)<br>) Case No.<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of  South Carolina
*(identify the person or describe the property to be searched and give its location)*:
Express Mail parcel EI 168403102 US located at the U S Postal Inspection Service at 1601 Assembly Street, Room 413, Columbia, SC 29201, addressed to Jason Walker 2784 Lafave St. West Linn, OR 97068.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
fruits, instrumentalities and or evidence of a violation
of Title 21, United States Code, Sections 841(a)(1), 846, and 843(b)

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before     August 12, 2012
                                                                *(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10 p.m.      ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
             Joseph R. McCrorey                        .
                *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*   ☐ for _____ days *(not to exceed 30)*.
                                                                ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:   July 31, 2012
                         4:00 P.M.                        _____
                                                              *Judge's signature*

City and state:   Columbia, SC                            Joseph R. McCrorey, U.S. Magistrate Judge
                                                              *Printed name and title*